# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AZUJHON KENNETH SIMS, | 3:17-CV-0543-RCJ-CLB |
| Plaintiff, | **MINUTE ORDER** |
| vs. | March 30, 2020 |
| ROMEO ARANAS, et al., | |
| Defendants. | |

PRESENT: <u>THE HONORABLE CARLA BALDWIN</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>LISA MANN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Defendants filed a motion for summary judgment on February 26, 2020 (ECF No. 34). Plaintiff was given notice pursuant to the requirements of *Klingele v. Eikenberry*, 849 F.2d 409 (9th Cir. 1988), and *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998) on February 27, 2020 (ECF No. 38). To date, plaintiff has failed to file points and authorities in opposition to the motion.

Plaintiff is advised the court may consider the facts of the motion as undisputed if the opposing party fails to file points and authorities and submit evidence in response to the motion. Accordingly, the court may then grant the motion if it has merit. The court will *sua sponte* grant plaintiff an extension of time to **Friday, April 10, 2020** to file an opposition to the motion. No further extensions of time shall be granted.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: /s/
Deputy Clerk