UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| AZUJHON KENNETH SIMS,<br><br>               Plaintiff,<br><br>vs.<br><br>ROMEO ARANAS, *et al.*,<br><br>               Defendants. | Case No.: 3:17-CV-00543-RCJ-CLB<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 41) |

      Before the Court is the Report and Recommendation of United States Magistrate Judge Carla L. Baldwin (ECF No. 41[1]) entered on April 28, 2020, recommending that the Court grant Defendant's Motion for Summary Judgment (ECF Nos. 34, 36).  No objection to the Report and Recommendation has been filed.

      This action was referred to Magistrate Judge Baldwin under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

      The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

---

[1] Refers to Court's docket number.

1

**IT IS HEREBY ORDERED** that Magistrate Judge Baldwin's Report and Recommendation (ECF No. 41) is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 34) is GRANTED.

**IT IS FURTHER ORDERED** that all remaining claims alleged against "Triage Nurse(s) and Clinic Lead Nurse(s) is DISMISSED.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly, and close this case.

**IT IS SO ORDERED**.

Dated this 9th day of July, 2020.

_____
ROBERT C. JONES
United States District Judge